UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILADELPHIA INDEMNITY INSURANCE COMPANY,

                Plaintiff,

-v-

ROSALYN YALOW CHARTER SCHOOL,

                Defendant.

CIVIL ACTION NO.: 22 Civ. 7269 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On September 30, 2024, the Honorable Laura Taylor Swain denied Defendant Rosalyn Yalow Charter School's (the "School") Motion to Dismiss (the "Motion"). (ECF No. 33). The following day, Chief Judge Swain referred the case to the undersigned for general pretrial management. (ECF No. 34). Under Federal Rule of Civil Procedure 12(a)(4), the School was required to file an answer within fourteen days of Chief Judge Swain's denial of its Motion. See Fed. R. Civ. P. 12(a)(4). To date, the School has neither filed an answer nor requested an extension of time in which to do so. As a one-time courtesy, the Court sua sponte extends the School's deadline to file an answer to **Thursday, October 17, 2024.** The School is warned that failure to file an answer to the Complaint by this extended deadline may result in entry of a certificate of default and default judgment. Fed. R. Civ. P. 55.

Dated:    New York, New York                     SO ORDERED.
           October 16, 2024

                                                            _____
                                                             **SARAH L. CAVE**
                                                             **United States Magistrate Judge**