UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILADELPHIA INDEMNITY INSURANCE COMPANY,

               Plaintiff,

-v-

ROSALYN YALOW CHARTER SCHOOL,

               Defendant.

CIVIL ACTION NO.: 22 Civ. 7269 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties were required to submit by November 18, 2024 a Report of Rule 26(f) Meeting and Proposed Case Management Plan (see ECF No. 39) but failed to do so. As a one-time courtesy, the Court sua sponte extends the parties' deadline to **Wednesday, November 20, 2024.** The parties' failure to abide by this deadline may result in the cancellation of the initial case management conference scheduled for Monday, November 25, 2024.

Dated:    New York, New York
            November 19, 2024

SO ORDERED.

/s/ Sarah L. Cave

**SARAH L. CAVE**
**United States Magistrate Judge**