UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILADELPHIA INDEMNITY INSURANCE COMPANY,

                Plaintiff,

-v-

ROSALYN YALOW CHARTER SCHOOL,

                Defendant.

CIVIL ACTION NO.: 22 Civ. 7269 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

As discussed at the telephonic status conference held today, February 11, 2025, a follow-up status conference is scheduled for **Monday, March 24, 2025 at 11:00 a.m. EST** on the Court's Microsoft Teams platform.  The parties are directed to call:  (646) 453-4442; access code: 863-195-851#, at the scheduled time.

Dated:     New York, New York
            February 11, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**