UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br>        Plaintiff,<br> -v-<br><br>ROSALYN YALOW CHARTER SCHOOL,<br><br>        Defendant. | CIVIL ACTION NO.: 22 Civ. 7269 (LTS) (SLC)<br><br>**<u>ORDER</u>** |

**SARAH L. CAVE,** United States Magistrate Judge.

As discussed at the telephonic status conference held today, March 24, 2025, a follow-up status conference is scheduled for **Monday, May 19, 2025 at 11:00 a.m. EST** on the Court's Microsoft Teams platform. The parties are directed to call: (646) 453-4442; access code: 964-454-173#, at the scheduled time.

Dated:  New York, New York    SO ORDERED.
      March 24, 2025

                      _____
                      **SARAH L. CAVE**
                      **United States Magistrate Judge**