UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILADELPHIA INDEMNITY INSURANCE COMPANY,
                Plaintiff,

-v-

ROSALYN YALOW CHARTER SCHOOL,

                Defendant.

CIVIL ACTION NO.: 22 Civ. 7269 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

As discussed at the telephonic status conference held today, September 11, 2025, the parties are ORDERED to file a joint status letter by **Friday, September 19, 2025** informing the Court of the status of fact discovery.

Dated:    New York, New York  
          September 11, 2025

SO ORDERED.

_/s/ Sarah Cave_  
**SARAH L. CAVE**  
**United States Magistrate Judge**