UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILADELPHIA INDEMNITY INSURANCE COMPANY,

                              Plaintiff,

        -v-

ROSALYN YALOW CHARTER SCHOOL,

                              Defendant.

CIVIL ACTION NO.: 22 Civ. 7269 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

        Pursuant to the Second Revised Case Management Plan (Dkt. No. 50), the parties were

required to submit by a joint letter certifying the completion of fact discovery but failed to do so.

As a one-time courtesy, the Court <u>sua</u> <u>sponte</u> extends the parties' deadline to file a joint letter

certifying the close of fact discovery to **Tuesday, October 14, 2025.**

Dated:        New York, New York        SO ORDERED.
              October 7, 2025

_____

**SARAH L. CAVE**
**United States Magistrate Judge**