UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> -v- <br><br> ROSALYN YALOW CHARTER SCHOOL, <br><br> Defendant. |

22-CV-07269-LTS-SLC

ORDER

The parties are directed to meet and confer and file a joint status report by

**January 16, 2026**, concerning the status of their settlement discussions and their expectations as

to the likely length of any required trial.  If a trial remains necessary after the parties' meet and

confer, the final pretrial conference may be adjourned and Chief Judge Swain will transfer the

case to another judge, as Chief Judge Swain is unable to preside over a trial in this matter due to

the demands of her duties in the District of Puerto Rico under the Puerto Rico Oversight,

Management, and Economic Stability Act (48 U.S.C. chapter 20) and her designation by the

Chief Justice of the United States as the sole presiding district court judge under 48 U.S.C.

section 2168.  See In re Commonwealth of Puerto Rico, No. 17-CV-1578-LTS-JGD, Docket

Entry No. 4 (D.P.R. May 5, 2017).  The parties may also consent pursuant to 28 U.S.C. section

636(c) to have Magistrate Judge Cave preside over the trial, in which case Chief Judge Swain

will transfer the case to Judge Cave.

SO ORDERED.

Dated: New York, New York
      January 8, 2026

/s/ Laura Taylor Swain      
LAURA TAYLOR SWAIN
Chief United States District Judge