UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHILADELPHIA INDEMNITY
INSURANCE COMPANY,

                Plaintiff,

      -v-

ROSALYN YALOW CHARTER SCHOOL,

                Defendant.

22-CV-07269-LTS-SLC

---

## ORDER

A final pretrial conference is hereby scheduled for **July 31, 2026, at 11am**. This conference will not be adjourned any further unless both parties consent or the Court's schedule so requires. The parties are directed to confer and make submissions in advance of the final pretrial conference in accordance with the previously filed Pretrial Scheduling Order at Docket Entry No. 58. The parties should be ready to proceed to trial within two weeks of the final pretrial conference.

Chief Judge Swain will transfer the case to another judge for trial because Chief Judge Swain is unable to preside over a trial in this matter due to the demands of her duties in the District of Puerto Rico under the Puerto Rico Oversight, Management, and Economic Stability Act (48 U.S.C. chapter 20) and her designation by the Chief Justice of the United States as the sole presiding district court judge under 48 U.S.C. section 2168. See In re Commonwealth of Puerto Rico, No. 17-CV-1578-LTS-JGD, Docket Entry No. 4 (D.P.R. May 5, 2017). The parties may also consent pursuant to 28 U.S.C. section 636(c) to have Magistrate Judge Cave preside over the trial, in which case Chief Judge Swain will transfer the case to Judge Cave. If the

parties consent to a trial before Judge Cave, they should file a fully-executed consent form (which may be filed in counterparts) on the ECF system.

This order resolves Docket Entry Numbers 65 and 66.

SO ORDERED.

Dated: New York, New York
        May 4, 2026

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge