UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILADELPHIA INDEMNITY INSURANCE COMPANY,

Plaintiff,

-against-

ROSALYN YALOW CHARTER SCHOOL,

Defendant.

No. 22-CV-7269 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The parties shall appear for a pretrial conference on August 6, 2026, at 11:00 AM at 500 Pearl Street, Courtroom 12A, New York, NY 10007. **SO ORDERED.**

Dated: August 3, 2026
New York, New York

Loretta A. Preska

LORETTA A. PRESKA
Senior United States District Judge