UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br>Plaintiff,<br><br>-against-<br><br>ROSALYN YALOW CHARTER SCHOOL,<br>Defendant. | No. 22-CV-7269 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The settlement conference and the trial date in this matter are adjourned sine die.

It is hereby ORDERED that the Clerk of the Court shall mark this matter as closed and all pending motions denied as moot; provided, however, that if settlement is not consummated within 30 days of the date of this Order, either party may apply by letter within the 30-day period for reinstatement of the action.

**SO ORDERED.**

Dated: September 23, 2026
New York, New York

Loretta A. Preska

LORETTA A. PRESKA
Senior United States District Judge